Case 2:25-cr-20087-SKD-KGA   ECF No. 1, PageID.1   Filed 02/12/25   Page 1 of 5

| | AUSA: | Kathryn Boyles | Telephone: | (313) 226-9100 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: | Hector Rivera | Telephone: | (313) 771-6645 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Javier OROZCO-ALVIZO

Case No.  Case: 2:25–mj–30067
Assigned To : Unassigned
Assign. Date : 2/12/2025
Description: CMP USA V. JAVIER
OROZCO–ALVIZO (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 10, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a), (b)(1) | Unlawful Reentry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about February 10, 2025, in the Eastern District of Michigan, Southern Division, Javier OROZCO-ALVIZO, an alien who had previously been convicted of a felony offense and was subsequently removed from the United States on or about June 19, 2013, at or near Laredo, Texas, was thereafter found by immigration authorities in the United States without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Sections 1326 (a), (b)(1).

☑ Continued on the attached sheet.

_Hector Rivera_
Complainant's signature

Hector Rivera, Deportation Officer
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __February 12, 2025__

_Elizabeth A. Stafford_
Judge's signature

City and state: __Detroit, MI__

Elizabeth A. Stafford, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT

I, Hector Rivera, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) of the United States Department of Homeland Security (DHS) at the Detroit Field Office. I have been employed in this capacity since February 2007. I am currently assigned to the Detroit ICE-ERO Fugitive Operations team.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and an arrest warrant for Javier OROZCO-ALVIZO, an alien who has previously been convicted of a felony offense and was subsequently removed from the United States on or about June 19, 2013, at or near Laredo, Texas, and was thereafter found in the United States on or about February 10, 2025, without having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission, all in violation of Title 8, United States Code, Sections 1326(a), (b)(1).

3. The information contained in this affidavit is based upon my personal knowledge and observations, information provided by other law enforcement personnel to include ICE ERO Deportation Officers, and database record checks. I have also reviewed records from the official immigration file and system automated data relating to OROZCO-ALVIZO. I have not included every fact known to law enforcement related to this investigation.

4. OROZCO-ALVIZO is a forty-one-year-old citizen and a native of Mexico who last entered the United States on an unknown date, at an unknown place, without being inspected and admitted or paroled by an immigration officer.

5. On January 10, 2008, the 19th District Court in Dearborn, Michigan convicted OROZCO-ALVIZO for the offense of Illegal Dumping/Littering. The court sentenced OROZCO-ALVIZO to 10 days in jail or fines, cost and restitution.

6. On October 6, 2009, ICE Officers encountered OROZCO-ALVIZO at the Livingston County Jail and lodged an detainer.

7. On November 9, 2009, the 53rd District Court in Howell, Michigan convicted OROZCO-ALVIZO for the offense of Allow Intoxicated Person to Operate a Motor Vehicle. The court sentenced OROZCO-ALVIZO to 45 days in jail.

8. On November 18, 2009, the Livingston County Jail transferred OROZCO-ALVIZO into ICE custody. ICE served OROZCO-ALVIZO with a Notice to Appear, I-862 Form. On November 23, 2009, an Immigration Judge in Detroit, Michigan granted OROZCO-ALVIZO a Stipulated Removal. On December 1, 2009, ICE removed OROZCO-ALVIZO from the United States to Mexico via Laredo, Texas.

9. On January 15, 2013, ICE Officers arrested OROZCO-ALVIZO at or near Detroit, Michigan and served him with a Notice of Intent/Decision to Reinstate Prior Order, Form I-871.

10. On June 6, 2013, the United States District Court for the Eastern District of Michigan convicted OROZCO-ALVIZO for the offense of 8 U.S.C. §1326(a), Unlawful Reentry Following Removal from the United States, a felony offense. The Court imposed a sentence of time served (about 6 months in custody) and 36 months' probation.

11. On June 19, 2013, ICE removed OROZCO-ALVIZO from the United States to Mexico via Laredo, Texas.

12. On February 10, 2025, the ERO Detroit North Team traveled to the area of Larkins Street and Michigan Avenue in Detroit, Michigan in search of Javier OROZCO-ALVIZO. At approximately 10:45 a.m., a male individual matching the physical description of OROZCO-ALVIZO exited the location and entered the driver seat of a white-colored GMC Sierra. Officers initiated a vehicle stop at or near Martin and Parkwood Street in Detroit, Michigan to identify the driver in the vehicle based on the reasonable suspicion that this individual matched the description of the person seen exiting the location associated with OROZCO-ALVIZO.

13. OROZCO-ALVIZO identified himself, presented a Mexican identification card in his name, and stated that he was a citizen and national of Mexico. ICE Deportation Officers placed OROZCO-ALVIZO under arrest based on

probable cause that he was an alien who had unlawfully reentered the United States after having been previously removed.

14. ICE-ERO Deportation Officers transported OROZCO-ALVIZO to the Detroit Field Office for processing. The arrest and subsequent detention of OROZCO-ALVIZO was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

15. OROZCO-ALVIZO's fingerprints and photograph were captured and searched in the ICE/FBI systems. The fingerprints returned with a positive match for Javier OROZCO-ALVIZO, a native and citizen of Mexico who had previously been removed from the United States.

16. A review of OROZCO-ALVIZO's immigration file, record checks, and queries in the U.S. Department of Homeland Security databases confirmed that OROZCO-ALVIZO did not obtain the permission or express consent from the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States following his removal on June 19, 2013.

17. On February 10, 2025, ICE-ERO served OROZCO-ALVIZO with Form I-871, Notice of Intent/Decision to Reinstate Prior Order.

18. Based on the above information, I believe there is probable cause to conclude that Javier OROZCO-ALVIZO is an alien who has previously been convicted of a felony offense and subsequently removed from the United States on or about June 19, 2013, at or near Laredo, Texas, and was thereafter found in the United States on or about February 10, 2025, in the Eastern District of Michigan, without first having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, all in violation of Title 8, United States Code, Sections 1326(a), (b)(1).

_____
Hector Rivera, Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Elizabeth A. Stafford
United States Magistrate Judge